IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH HANNON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-2582 |
| TEMPLE UNIVERSITY | : | |

## **ORDER**

AND NOW, this 8th day of March, 2010, Temple University's Motion to Dismiss Hannon's Complaint" (docket no. 10) is granted in part. Count III of plaintiff's complaint, which asserts a breach of contract claim, is dismissed. The remainder of defendant's motion is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.